# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 26-2483

Karen Hoover, et al v. Cleo AI Inc.

(U.S. District Court No.: 3:23-cv-01067)

## ORDER

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: September 14, 2026
LMR/cc: Kevin J. Abramowicz, Esq.
Bruce P. Merenstein, Esq.
Stephen J. Shapiro, Esq.
Helen C. Steiger, Esq.
Mr. Peter J. Welsh,

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate